UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MALIBU MEDIA LLC,

                              Plaintiff,              12 Civ. 2950 (JPO)

        -v-                                       ORDER

JOHN DOES 1-5,

                              Defendants.

------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      On March 6, 2013, the Court ordered that Plaintiff submit a letter to the Court updating the Court on the status of the case no later than April 5, 2013. As the Court has received no letter to date, if Plaintiff fails to either (1) show cause, or (2) submit a status letter before June 3, 2013, Plaintiff's cause of action shall be dismissed for failure to prosecute. Plaintiff's showing of good cause, if any, shall be made by affidavit. Plaintiff shall serve a copy of this Order on all remaining Defendants in this action.

      SO ORDERED.

Dated: New York, New York
       April 17, 2013

                                                  J. PAUL OETKEN
                                          United States District Judge