UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 3 2013
```

-----------------------------------------------------------X

MALIBU MEDIA, LLC,

                Plaintiff,

vs.

JOHN DOES 1-5,

                Defendants.

-----------------------------------------------------------X

Civil Action No. 1:12-cv-2950-JPO

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE OF JOHN DOES 1, 2 & 4

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Does 1, 2 & 4 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 69.119.60.117, 74.89.212.26 and 96.232.105.25, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 17, 2013

**SO ORDERED:**

*/s/ signature/*
U.S.D.J.

4-22-13

Respectfully submitted,

By: <u>/s/*Jason Kotzker*</u>
Jason Kotzker
NY Bar No.: 4286829
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                            /s/ *Jason Kotzker*
                                            Jason Kotzker